UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> BAIN CAPITAL, LLC <br><br> and <br><br> THOMAS H. LEE PARTNERS, L.P. <br><br> and <br><br> CLEAR CHANNEL COMMUNICATIONS, INC. <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **APPEARANCE** <br><br> Civil Action No. 1:08-cv-00245 |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Amy E. Craig as counsel in this case for Defendants Bain Capital, LLC and Thomas H. Lee Partners, L.P.

June 20, 2008

                                    s/ Amy E. Craig
                                    Amy E. Craig
                                    (D.C. Bar No. 976901)
                                    ROPES & GRAY LLP
                                    One Metro Center
                                    700 12th Street, NW, Suite 900
                                    Washington, DC 20005
                                    (202) 508-4736
                                    Counsel for Bain Capital, LLC and Thomas H. Lee Partners, L.P.