UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BAIN CAPITAL, LLC<br><br>and<br><br>THOMAS H. LEE PARTNERS, L.P.<br><br>and<br><br>CLEAR CHANNEL COMMUNICATIONS, INC.<br><br>*Defendants*. | Civil Action No. 1:08-cv-00245 |

**DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS
CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION
AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)
BY BAIN CAPITAL, LLC AND THOMAS H. LEE PARTNERS, L.P.**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), defendants Bain Capital, LLC and Thomas H. Lee Partners, L.P., ("Bain Capital" and "TH Lee"), by their attorneys, submits this pleading to describe all written or oral communications by or on behalf of Bain Capital and TH Lee with any officer or employee of the United States concerning the proposed Final Judgment filed in this action on February 13, 2008. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone

with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).

To the best of Bain Capital and TH Lee's knowledge, after appropriate inquiry, we have been able to identify only one instance where representatives of TH Lee met directly with employees of the Department of Justice. That meeting, which occurred at the Justice Department's offices at 325 Seventh Street, NW, Washington, DC on September 13, 2007, was convened at the request of TH Lee and Bain Capital to discuss restrictions proposed by the staff that would limit the ability of directors in the acquired company to serve as directors or board observers to other broadcasting entities. James Carlisle and Richard Bressler attended and participated in the meeting in behalf of TH Lee. Attendees from the Department of Justice included Ora Nwabueze, John R. Read, Christopher Ries and other representatives of the Department of Justice. Representatives of the parties included James M. ("Mit") Spears of Ropes & Gray, LLP and Hew Pate of Hunton & Williams LLP representing Bain Capital and TH Lee.

Apart from that meeting, there have been no written or oral communications by or on behalf of Bain Capital or TH Lee with any officer or employee of the United States concerning the proposed Final Judgment, except for communications between counsel of record for Bain Capital and TH Lee and employees of the Department of Justice Antitrust Division. Clear Channel therefore certifies that the requirements of Section 2(g) have been complied with and that this description of communications by or on behalf of Bain Capital and TH Lee and required to be reported under Section 2(g) is true and complete.

June 20, 2008

                    Respectfully submitted,

                    /s/ Amy E. Craig
                    Amy E. Craig
                    (D.C. Bar No. 976901)
                    ROPES & GRAY LLP
                    One Metro Center
                    700 12th Street, NW, Suite 900
                    Washington, DC 20005
                    (202) 508-4736
                    Counsel for Bain Capital, LLC and Thomas H. Lee
                    Partners, L.P.

                    James M. Spears
                    (D.C. Bar No. 428958)
                    ROPES & GRAY LLP
                    One Metro Center
                    700 12th Street, NW, Suite 900
                    Washington, DC 20005
                    (202) 508-4681
                    Counsel for Bain Capital, LLC and Thomas H. Lee
                    Partners, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I caused a copy of the foregoing **Description of Written or Oral Communications Concerning the Proposed Final Judgment in this Action and Certification of Compliance Under 15 U.S.C. § 16(g) by Bain Capital, LLC and Thomas H. Lee Partners, L.P.** to be served on the counsel of record in this matter in the manner set forth below:

Electronically by means of the Court's ECF system and by Federal Express:

Daniel McCuaig
United States Department of Justice
Antitrust Division, Litigation III Section
325 Seventh Street, N.W., Suite 300
Washington, DC 20530
Telephone: (202) 307-0520
Facsimile: (202) 514-7308
Email: daniel.mccuaig@usdoj.gov


Phillip A. Proger
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-4668
Facsimile: (202) 626-1700
Email: paproger@jonesday.com

/s/ Amy E. Craig
Amy E. Craig
(D.C. Bar No. 976901)
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005
(202) 508-4736
Counsel for Bain Capital, LLC and Thomas H. Lee Partners, L.P.