# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　*Plaintiff*,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>BAIN CAPITAL, LLC　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>and　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>THOMAS H. LEE PARTNERS, L.P.　　)<br>　　　　　　　　　　　　　　　　)<br>and　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>CLEAR CHANNEL COMMUNICATIONS, INC.　)<br>　　　　　　　　　　　　　　　　)<br>　　　　*Defendants*.　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | **APPEARANCE**<br><br>Civil Action No. 1:08-cv-00245<br><br>Filed: February 13, 2008<br><br>Judge: Robertson, James<br><br>Description: Antitrust |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

　　　　Please enter the appearance of Phillip A. Proger as counsel in this case for Defendant Clear Channel Communications, Inc.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Phillip A. Proger
　　　　　　　　　　　　　　　　　　　　　　　　Phillip A. Proger
　　　　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. # 929596)
　　　　　　　　　　　　　　　　　　　　　　　　Jones Day
　　　　　　　　　　　　　　　　　　　　　　　　51 Louisiana Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　　　　(202) 879-4668

July 1, 2008