**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                          *Plaintiff*,          )<br>                                                           )<br>             v.                                          )<br>                                                           )<br>                                                           )<br>BAIN CAPITAL, LLC                          )<br>                                                           )<br>and                                                     )<br>                                                           )<br>THOMAS H. LEE PARTNERS, L.P.    )<br>                                                           )<br>and                                                     )<br>                                                           )<br>CLEAR CHANNEL COMMUNICATIONS, INC.  )<br>                                                           )<br>                          *Defendants*.      )<br>                                                           )<br>                                                           ) | Civil Action No. 1:08-cv-00245<br><br>Filed: Feb. 13, 2008<br><br>Judge: Robertson, James<br><br>Description: Antitrust |

**DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS**
**CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION**
**AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)**
**BY CLEAR CHANNEL COMMUNICATIONS, INC.**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), defendant Clear Channel Communications, Inc. ("Clear Channel"), by its attorneys, submits this pleading to describe all written or oral communications by or on behalf of Clear Channel with any officer or employee of the United States concerning the proposed Final Judgment filed in this action on February 13, 2008. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).

To the best of Clear Channel's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of Clear Channel with any officer or employee of

the United States concerning the proposed Final Judgment, except for communications between counsel of record for Clear Channel and employees of the Department of Justice Antitrust Division. Clear Channel therefore certifies that the requirements of Section 2(g) have been complied with and that this description of communications by or on behalf of Clear Channel and required to be reported under Section 2(g) is true and complete.

                                        Respectfully submitted,

                                        /s/ Phillip A. Proger

                                        Phillip A. Proger
                                        (D.C. Bar No. # 929596)
                                        Jones Day
                                        51 Louisiana Avenue, NW
                                        Washington, DC 20001
                                        (202) 879-4668
                                        Counsel for Clear Channel Communications, Inc.

July 1, 2008

# CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Defendant's Description of Written or Oral Communications Concerning The Proposed Final Judgment in This Action And Certification of Compliance Under 15 U.S.C. § 16(g) and Notice of Appearance were served electronically by means of the Court's ECF system and by first-class mail this 1st day of July 2008 upon each of the parties listed below:

    Daniel McCuaig, Esq.
    Antitrust Division
    Litigation III Section
    U.S. Department of Justice
    450 5th St., NW
    Washington, DC  20530
    Counsel for United States of America
    Telephone: (202) 307-0520
    Facsimile: (202) 514-7308
    Email: daniel.mccuaig@usdoj.gov

    James M. "Mit" Spears, Esq.
    Amy E. Craig, Esq.
    Ropes & Gray, LLP
    One Metro Center
    700 12th Street, NW, Suite 900
    Washington, DC 20005
    Counsel for Bain Capital, LLC and Thomas H. Lee Partners, L.P.
    Telephone:  (202) 508-4681
    Facsimile:  (202) 383-8320
    Email: mit.spears@ropesgray.com
          amy.craig@ropesgray.com

                /s/ Phillip A. Proger
                Phillip A. Proger
                (D.C. Bar No. # 929596)
                Jones Day
                51 Louisiana Avenue, N.W.
                Washington, DC 20001
                (202) 879-4668
                Counsel for Clear Channel Communications, Inc.